FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 8 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLAUDIA ELENA MONTEJO-GONZALEZ; DANY JUAN FRANCISCO MONTEJO; MARIA NATALIA FRANCISCO MONTEJO,<br><br>Petitioners,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 21-304<br><br>Agency Nos.<br>A201-670-355<br>A201-670-354<br>A201-670-353<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.